# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DWIGHT K. SIFFORD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-66 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; ANDREA FORD; RICKY STONE; DEBORAH STEWART; PETER BLOODWORTH; JOHN HULETT; GRADY PERRY; MS. DAVIS; GUY AUGUSTIN; and RICKY TATUM, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which Plaintiff filed Objections, dkt. no. 5. Plaintiff also filed a Motion for Extension of Time to File Objections. Dkt. No. 4. The Court **DISMISSES** that Motion **AS MOOT** as Plaintiff timely filed Objections, dkt. no. 5, which the Court considered before issuing this Order. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

AO 72A
(Rev. 8/82)

The Court **DISMISSES** Plaintiff's federal claims for failure to state a claim, **DISMISSES** Plaintiff's state law claims **without prejudice,** and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA